UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEIULEMAR COMPAGNIA DI NAVIGAZIONE
SPA A SOCIO UNICO,

                    Plaintiffs,              09 cv 4782 (JSR)

-v-

                                              **NOTICE OF**
                                              **VOLUNTARY DISMISSAL**

WEBCOR SA, GENEVE,

                    Defendant.
-----------------------------------------------------------x

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA A SOCIO UNICO, as to defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Oyster Bay, New York
       June 5, 2009

                                          CHALOS & CO, P.C.
                                          Attorneys for Plaintiff
                                          DEIULEMAR COMPAGNIA DI NAVIGAZIONE
                                          SPA A SOCIO UNICO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-09

By: _____
     George M. Chalos (GC-8693)
     123 South Street
     Oyster Bay, New York 11771
     Tel: (516) 714-4300
     Fax: (516) 750-9051
     Email: gmc@chaloslaw.com

SO ORDERED
/s/ Jed S. Rakoff
USDJ
6-9-09

Chalos & Co Ref: 2020.009